## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES *ex rel.* ANTHONY OLIVER, ) ) ) | ) |
| *Plaintiff*, | ) Civ. No. 08-0034 (CKK) |
| v. | ) |
| PHILIP MORRIS USA INC., 6601 West Broad Street Richmond, Virginia 23230 | ) ) ) ) |
| *Defendant*. | ) |

### DEFENDANT PHILIP MORRIS USA INC.'S MOTION TO DISMISS

Defendant Philip Morris USA Inc. respectfully moves the Court to dismiss Relator Anthony Oliver's Second Amended Complaint ("SAC") with prejudice for the reasons set forth in the accompanying memorandum of law. First, Relator's claims are precluded under the False Claims Act's public disclosure bar, which disallows *qui tam* actions based on information that was in the public domain before the relator filed suit. *See* 31 U.S.C. § 3730(e)(4). Second, the SAC must be dismissed because it fails adequately to plead an FCA violation in the manner required by Federal Rule of Civil Procedure 8, or to plead fraud on the Government with the particularity required by Federal Rule of Civil Procedure 9(b). Accordingly, and because Relator has already had three chances to plead a viable claim, the Court should dismiss this case with prejudice. *See, e.g., Caldwell v. Kagan*, --- F. Supp. 2d ---, No. 11-cv-2100, 2012 WL 1951878, at *7 (D.D.C. May 31, 2012); *In re Interbank Funding Corp. Sec. Litig.*, 668 F. Supp. 2d 44, 53 (D.D.C. 2009), *aff'd* 629 F.3d 213 (D.C. Cir. 2010); *Stovell v. James*, --- F. Supp. 2d ---, No. 10-cv-1059, 2012 WL 1034454, at *3 (D.D.C. Mar. 29, 2012).

July 27, 2012                             Respectfully submitted,

                                          /s/ Elizabeth P. Papez
                                          Elizabeth P. Papez
                                            D.C. Bar No. 476993
                                          Andrew C. Nichols
                                          Adele Auxier Keim
                                          Brian M. Serafin
                                          WINSTON & STRAWN LLP
                                          1700 K Street, N.W.
                                          Washington, D.C.  20004
                                          Phone:  (202) 282-5000
                                          Fax:  (202) 282-5100

                                          Thomas J. Frederick
                                          WINSTON & STRAWN LLP
                                          35 W. Wacker Drive
                                          Chicago, IL 60601-9703
                                          Phone:  (312) 558-5600
                                          Fax:  (312) 558-5700

                                          *Counsel for Defendant*
                                          *Philip Morris USA Inc.*

## CERTIFICATE OF SERVICE

I, Elizabeth P. Papez, an attorney, certify that all of the parties to this case are registered CM/ECF users and that service will be made on the following attorneys by means of this system:

Laurie J. Weinstein
U.S. Attorney's Office
555 4th Street, NW, E4820
Washington, DC 20530
(202) 514-7133
Fax: (202) 514-8780
Laurie.Weinstein2@usdoj.gov
*Counsel for Interested Party United States of America*

John F. Murphy
1324 Asylum Avenue
Hartford, CT 06105
(860) 233-9946
Fax: ( 860) 233-9946
john.murphy18@comcast.net
*Counsel for Relator Anthony Oliver*

David S. Golub
SILVER GOLUB &TEITELL LLP
184 Atlantic Street, P.O. Box 389
Stamford, CT 06904
(203) 325−4491
Fax: (203) 325−3769
dgolub@sgtlaw.com
*Counsel for Relator Anthony Oliver*

Carl S. Kravitz
Jason M. Knott
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
(202) 778−1800
Fax: 202−822−8106
ckravitz@zuckerman.com
jknott@zuckerman.com
*Counsel for Relator Anthony Oliver*

Date:  July 27, 2012

/s/ Elizabeth P. Papez
Elizabeth P. Papez (D.C. Bar No. 476993)
Winston & Strawn LLP
1700 K Street, NW
Washington, DC   20006
(202) 282-5000
Fax: (202) 282-5100
epapez@winston.com
*Counsel for Defendant Philip Morris USA Inc.*