**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES *ex rel*. ANTHONY OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP MORRIS USA INC.,<br><br>Defendant. | **Civil Action No. 08-0034 (CKK)** |

**ORDER**
(June 13, 2013)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 13th day of June, 2013, hereby

**ORDERED** that Defendant's [53/62] Motion to Dismiss is GRANTED; it is further

**ORDERED** that this case is DISMISSED WITH PREJUDICE in its entirety.

**SO ORDERED.**

*This is a final, appealable Order*.

　　　　/s/　　　　　　　　　　　
**COLLEEN KOLLAR-KOTELLY**
United States District Judge