**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES *ex rel.* ANTHONY OLIVER, )<br>)<br>      Plaintiff-Relator, )<br>)<br>      v. )<br>)<br>PHILIP MORRIS USA INC. )<br>)<br>      Defendant. )<br>_____) | Case No. 08-0034 (CKK) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Relator in the above-named case, the United States *ex rel.* Anthony Oliver, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's June 13, 2013 Memorandum Opinion and Order dismissing this case with prejudice (Dkt. 64, 65).

Dated: July 9, 2013

Respectfully submitted,

/s/ Jason M. Knott
Carl S. Kravitz (DC Bar No. 357376)
Jason M. Knott (DC Bar No. 487636)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, DC 20036
(202) 778-1800
ckravitz@zuckerman.com
jknott@zuckerman.com

(*signature block cont'd on next page*)

<div style="margin-left: 40%;">

David S. Golub (pro hac vice)
Jonathan M. Levine (pro hac vice)
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
P.O. Box 389
Stamford, Connecticut 06904
(203) 325-4491
dgolub@sgtlaw.com
jlevine@sgtlaw.com

JOHN F. MURPHY (CT Bar No. 06105)
1324 Asylum Avenue
Hartford, Connecticut 06105-6011
(860) 233-9946
(860) 523-5065
john.murphy18@comcast.net

*Counsel for Plaintiff-Relator*

</div>